**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**JAMES H. BARBEE,**<br><br>Defendant | **JUDGMENT IN A CRIMINAL CASE**<br>(Petty Offense)<br><br>NO. 5: 05-PO-11-14 (CWH) |

November 21, 2005                              Waived

_____     _____
DATE OF IMPOSITION OF SENTENCE                       ATTORNEY FOR DEFENDANT

The above-named defendant having entered a **PLEA OF GUILTY** herein to the **PETTY OFFENSE** of **HUNTING WITH THE AID OF BAIT**, 16 U.S.C. §704(b)(1) i/c/w 50 C.F.R. §20.21(i), the defendant is hereby CONVICTED of said offense and SENTENCED as follows:

**IT IS THE JUDGMENT OF THE COURT THAT:**

(1) the defendant shall immediately pay the mandatory assessment fee of **$10.00** required by law;

(2) he shall immediately pay a **FINE** in the amount of **$750.00**; and,

(3) he shall immediately pay the required processing fee of **$25.00**.

SO ORDERED AND DIRECTED, this 21st day of NOVEMBER, 2005.



                                                      CLAUDE W. HICKS, JR.
                                                      UNITED STATES MAGISTRATE JUDGE